■ MARY A. MATHEWS, Respondent, v. CHILI AVENUE GARAGE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. (Appeal from judgment of Monroe Trial Term for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ JOHN LASKOSKI, Respondent, v. WALDO S. DE MERS, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Monroe Special Term denying defendant's motion to dismiss plaintiff's complaint.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ BEN'S CREDIT HOUSE, INC., Respondent, v. TINNEY CADILLAC CORPORATION, Appellant.— Order unanimously reversed, with $25 costs and disbursements, and motion for summary judgment denied, with $10 costs. Appeal from order denying reargument dismissed, without costs, as not appealable. Memorandum: The record presents triable issues of fact. (Appeal from two orders of Erie Special Term granting summary judgment in favor of plaintiff and directing assessment of damages. The second order denies a motion for reargument.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ MAXWELL R. KARGE et al., Respondents, v. TABER INSTRUMENT CORPORATION, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal by defendant from order of Monroe Special Term denying a motion to change the place of trial from Monroe County to Niagara County.) Present — Williams, P. J., Bastow, McClusky and Henry, JJ.

■ JOSEPH BARBATO et al., Respondents, v. IDA TUOSTO et al., Appellants, et al., Defendant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Monroe Special Term directing examination before trial of defendants and production of certain records and documents.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.